Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-00055RAJ |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL |
| CHARLIE CHAO, | ) ) | DATE AND PRETRIAL MOTIONS DUE DATE |
| Defendant. | ) ) ) | |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial date and the pretrial motions due date. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that Defendant's unopposed motion to continue trial date and pretrial due date (Dkt. #121) is GRANTED.  The trial date in this matter is continued to March 6, 2017.  All pretrial motions, including motions in limine, shall be filed no later than February 2, 2017.

///

///

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PTMs DUE DATE- 1
*USA v. Charlie Chao* / CR13-00055RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1       IT IS FURTHER ORDERED that the period of time from the date of this order
2 through the new trial date of March 6, 2017 shall be excludable time pursuant to the
3 Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

4       DATED this 5th day of October, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PTMs DUE DATE- 2
*USA v. Charlie Chao* / CR13-00055RAJ

FEDERAL PUBLIC DEFENDER
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**