Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-00055RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| CHARLIE CHAO, | |
| Defendant. | |

Based on the parties' Stipulated Motion to Continue the Pretrial Motions Deadline in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the parties' Stipulated Motion (Dkt. #130) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than February 9, 2017.

DATED this 7th day of February, 2017.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS DUE DATE - 1
*United States v. Chao /* CR13-00055RAJ

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100